IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gwendolynn Ann Lewis,<br><br>Defendant. | No. CR-20-02360-001-TUC-JGZ (EJM)<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Eric J. Markovich's Report and Recommendation (R&R) recommending that the District Court grant Defendant Lewis' Motion to Dismiss with Prejudice, in part, and dismiss the pending charges without prejudice. (Doc. 42.) Defendant Lewis filed an Objection. (Doc. 44.)

After an independent review of the parties' briefing and of the record, the Court will adopt Magistrate Judge Markovich's recommendation, and dismiss the complaint and indictment without prejudice.

**STANDARD OF REVIEW**

When reviewing a magistrate judge's R&R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that

is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Further, a party is not entitled as of right to de novo review of evidence or arguments which are raised for the first time in an objection to the report and recommendation, and the Court's decision to consider newly-raised arguments is discretionary. *Brown v. Roe*, 279 F.3d 742, 744 (9th Cir. 2002); *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

## DISCUSSION

Defendant's objection asserts essentially the same arguments she asserted before Magistrate Judge Markovich. For the reasons thoroughly explained by Magistrate Judge Markovich, and upon consideration of the relevant factors, the Court concludes that dismissing the charges without prejudice is the appropriate remedy in this case. Because Petitioner's objection does not undermine the analysis and proper conclusion reached by Magistrate Judge Markovich, Defendant's objection is rejected, and the Report and Recommendation is adopted.

## CONCLUSION

**IT IS ORDERED**

1. The Report and Recommendation (Doc. 42) is **ADOPTED**.
2. Defendant's Motion to Dismiss with Prejudice (Doc. 33) is **GRANTED** in part.
3. The Complaint (Doc. 1) and Indictment (Doc. 34) are **DISMISSED** without prejudice.

Dated this 16th day of December, 2020.

Honorable Jennifer G. Zipps
United States District Judge